IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

| | |
|---|---|
| OHIO VALLEY ENVIRONMENTAL COALITION, WEST VIRGINIA HIGHLANDS CONSERVANCY, and THE SIERRA CLUB,<br><br>Plaintiffs,<br><br>v.<br><br>GLENDA OWENS, Acting Director, Office of Surface Mining Reclamation and Enforcement,<br><br>Defendant. | Case No. 3:21-cv-00301 |

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME

Defendant Glenda Owens has moved the Court for an order to extend the deadline to answer or otherwise respond to the Complaint from July 27, 2021, until August 24, 2021. In seeking the extension, Defendant indicates that the Office of Surface Mining Reclamation and Enforcement intends to issue further written response addressing the matters raised by the Complaint that will constitute a determination under 30 C.F.R. § 732.17(c). Defendant has further agreed to transmit a copy of this response to Plaintiffs upon its release. Plaintiffs do not oppose the requested extension.

In light of the foregoing, it is hereby **ORDERED** that the deadline for Defendant to answer or otherwise respond to the Complaint is extended to August 24, 2021.

Entered: This ___ day of _____, 2021.

_____
**ROBERT C. CHAMBERS**
**UNITED STATES DISTRICT JUDGE**

**APPROVED FOR ENTRY:**

OHIO VALLEY ENVIRONMENTAL
COALITION, WEST VIRGINIA
HIGHLANDS CONSERVANCY, and
THE SIERRA CLUB,

Plaintiffs,

*/s/ J. Michael Becher*
J. Michael Becher (WV Bar No. 10588)
Appalachian Mountain Advocates
P.O. Box 507
Lewisburg, WV 24901
(304) 382-4798
mbecher@appalmad.org

*Counsel for Plaintiffs*

GLENDA OWENS, Acting Director,
Office of Surface Mining Reclamation
and Enforcement

Defendant,

JEAN E. WILLIAMS
Acting Assistant Attorney General
Environment and Natural Resources Division

*/s/ Paul A. Turcke*
PAUL A. TURCKE
Idaho State Bar No. 4759
Trial Attorney, Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 353-1389
Fax: (202) 305-0506
Paul.Turcke@usdoj.gov

LISA G. JOHNSTON
Acting United States Attorney
Southern District of West Virginia

*/s/ Fred B. Westfall, Jr.*
FRED B. WESTFALL, JR.
W. Va. State Bar No. 3992

Assistant United States Attorney, Civil Chief
300 Virginia Street East, Room 4000
Charleston, WV 25301
Telephone: (304) 347-5104
Fax: (304) 347-5104
Fred.Westfall@usdoj.gov

*Counsel for Defendant*