IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

| | | |
|---|---|---|
| OHIO VALLEY ENVIRONMENTAL COALITION, WEST VIRGINIA HIGHLANDS CONSERVANCY, and THE SIERRA CLUB, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | Case No. 3:21-cv-00301 |
| GLENDA OWENS, Acting Director, Office of Surface Mining Reclamation and Enforcement, | ) ) ) ) ) ) | |
| Defendant. | ) | |

**ORDER GRANTING UNOPPOSED MOTION FOR SECOND EXTENSION OF TIME**

Defendant Glenda Owens has moved the Court for an order to extend the deadline to answer or otherwise respond to the Complaint from August 24, 2021, to September 21, 2021.  In seeking the extension, Defendant states that the Office of Surface Mining Reclamation and Enforcement issued a letter on August 23, 2021, addressing the matters raised by the Complaint, and constituting a determination under 30 C.F.R. § 732.17(c).  The motion states that a copy of the letter has been provided to Plaintiffs, and the letter is attached as an exhibit to the motion. The parties have conferred and agree that it would be appropriate to allow Plaintiffs a reasonable amount of time to determine the effect of this letter, if any, on the claims raised by the present Complaint.

In light of the foregoing, it is hereby **ORDERED** that the deadline for Defendant to answer or otherwise respond to the Complaint is extended to September 21, 2021.

Entered: This ____ day of _____, 2021.

_____

**ROBERT C. CHAMBERS**
**UNITED STATES DISTRICT JUDGE**

**APPROVED FOR ENTRY:**

OHIO VALLEY ENVIRONMENTAL
COALITION, WEST VIRGINIA
HIGHLANDS CONSERVANCY, and
THE SIERRA CLUB,

Plaintiffs,

*/s/ J. Michael Becher*
J. Michael Becher (WV Bar No. 10588)
Appalachian Mountain Advocates
P.O. Box 507
Lewisburg, WV 24901
(304) 382-4798
mbecher@appalmad.org

*Counsel for Plaintiffs*

GLENDA OWENS, Acting Director,
Office of Surface Mining Reclamation
and Enforcement

Defendant,

TODD KIM
Assistant Attorney General
Environment and Natural Resources Division

*/s/ Paul A. Turcke*
PAUL A. TURCKE
Idaho State Bar No. 4759
Trial Attorney, Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 353-1389
Fax: (202) 305-0506
Paul.Turcke@usdoj.gov

LISA G. JOHNSTON
Acting United States Attorney
Southern District of West Virginia

 */s/ Fred B. Westfall, Jr.*
FRED B. WESTFALL, JR.
W. Va. State Bar No. 3992
Assistant United States Attorney, Civil Chief
300 Virginia Street East, Room 4000
Charleston, WV 25301
Telephone: (304) 347-5104
Fax: (304) 347-5104
Fred.Westfall@usdoj.gov

*Counsel for Defendant*