IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

OHIO VALLEY ENVIRONMENTAL )
COALITION, WEST VIRGINIA )
HIGHLANDS CONSERVANCY, and )
THE SIERRA CLUB, )
)
      Plaintiffs, )
)
v. ) Case No. 3:21-cv-00301
)
GLENDA OWENS, Acting Director, )
Office of Surface Mining Reclamation and )
Enforcement, )
)
      Defendant. )

## ORDER

For reasons apparent to the Court, **IT IS HEREBY ORDERED**:

1. The motion by Plaintiff Ohio Valley Environmental Coalition's Rule 21 Motion to Withdraw from this Action is hereby **GRANTED**, and it shall be **DROPPED** as a Plaintiff from this Action; and

2. The caption of this action shall be **AMENDED** accordingly.

The Clerk is directed to transmit copies of this order to all counsel of record and to any unrepresented parties.

**ENTER:** September 13, 2021

                                                                     **ROBERT C. CHAMBERS**
                                                                     **UNITED STATES DISTRICT JUDGE**