IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

| | |
|---|---|
| OHIO VALLEY ENVIRONMENTAL COALITION, WEST VIRGINIA HIGHLANDS CONSERVANCY, and THE SIERRA CLUB,<br><br>      Plaintiffs,<br><br>      v.<br><br>GLENDA OWENS, Acting Director, Office of Surface Mining Reclamation and Enforcement,<br><br>      Defendant. | Case No. 3:21-cv-00301 |

**STIPULATION OF THE PARTIES TO EXTEND ANSWER DEADLINE TO ACCOMMODATE NEGOTIATION OF SETTLEMENT**

Pursuant to Local Rule 12.1 the Parties hereby Stipulate that the Answer Date shall be extended until December 15, 2021, to allow time to formalize the settlement of the remaining issue in this action. As grounds for this extension, the Parties incorporate by reference and restate herein paragraphs 1-4 of their prior stipulation dated September 20, 2021. *See* ECF Doc. 13. The remaining issue is Plaintiffs' entitlement to any reimbursement of costs of litigation and attorneys' fees. Counsel have reached a tentative agreement and are confirming final approval by the parties, but implementation of that agreement and resolution of the case cannot be accomplished before the current November 15 deadline. Counsel are confident that they can present a complete settlement or otherwise fully resolve this case on or before December 15, 2021.

|   |   |
|---|---|
|   | Respectfully Submitted, |
| Date: Nov. 12, 2021 | /s/ J. Michael Becher<br>J. Michael Becher (WV Bar No. 10588)<br>Appalachian Mountain Advocates<br>P.O. Box 507<br>Lewisburg, WV 24901<br>(304) 382-4798<br>mbecher@appalmad.org<br><br>*Counsel for Plaintiffs* |
| Date: Nov. 12, 2021 | TODD KIM<br>Assistant Attorney General<br>United States Department of Justice<br>Environment and Natural Resources Division<br><br>/s/ Paul A. Turcke<br>PAUL A. TURCKE<br>Idaho State Bar No. 4759<br>Trial Attorney, Natural Resources Section<br>P.O. Box 7611<br>Washington, D.C. 20044-7611<br>Telephone: (202) 353-1389<br>Fax: (202) 305-0506<br>Paul.Turcke@usdoj.gov<br><br>WILLIAM S. THOMPSON<br>United States Attorney<br>Southern District of West Virginia<br><br>/s/ Fred B. Westfall, Jr.<br>FRED B. WESTFALL, JR.<br>W. Va. State Bar No. 3992<br>Assistant United States Attorney, Civil Chief<br>300 Virginia Street East, Room 4000<br>Charleston, WV 25301<br>Telephone: (304) 347-5104<br>Fax: (304) 347-5104<br>Fred.Westfall@usdoj.gov<br><br>*Counsel for Defendant* |