IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

WEST VIRGINIA HIGHLANDS            )
CONSERVANCY, and                   )
THE SIERRA CLUB,                   )
                                   )
        Plaintiffs,                )
                                   )
        v.                         )        Case No. 3:21-cv-00301
                                   )
GLENDA OWENS, Acting Director,     )
Office of Surface Mining Reclamation and )
Enforcement,                       )
                                   )
        Defendant.                 )
                                   )

## JOINT MOTION FOR DISMISSAL

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the Parties jointly move for

the dismissal of this action.  The Parties have reached a settlement of all claims and with this

dismissal such settlement will be effectuated.

Respectfully submitted,


Date:   Dec. 17, 2021            */s/ J. Michael Becher*
                                 J. Michael Becher (WV Bar No. 10588)
                                 Appalachian Mountain Advocates
                                 P.O. Box 507
                                 Lewisburg, WV 24901
                                 (304) 382-4798
                                 mbecher@appalmad.org

                                 *Counsel for Plaintiffs*

Date:   Dec. 17, 2021            TODD KIM
                                 Assistant Attorney General
                                 United States Department of Justice
                                 Environment and Natural Resources Division

*/s/* Paul A. Turcke
PAUL A. TURCKE
Idaho State Bar No. 4759
Trial Attorney, Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 353-1389
Fax: (202) 305-0506
Paul.Turcke@usdoj.gov

WILLIAM S. THOMPSON
United States Attorney
Southern District of West Virginia

FRED B. WESTFALL, JR.
W. Va. State Bar No. 3992
Assistant United States Attorney, Civil Chief
300 Virginia Street East, Room 4000
Charleston, WV 25301
Telephone: (304) 347-5104
Fax: (304) 347-5104
Fred.Westfall@usdoj.gov

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I, J. Michael Becher, hereby certify that on December 17 2021, I served the foregoing

Joint Motion for Dismissal through the Court's CM/ECF system, which will provide notification

to the following:

**Fred B. Westfall , Jr.**
UNITED STATES ATTORNEY'S OFFICE
P. O. Box 1713
Charleston, WV 25326-1713
304/345-2200
Fax: 304/347-5443
Email: fred.westfall@usdoj.gov

**Paul Turcke**
DEPARTMENT OF JUSTICE
Room 3, 1605
150 M Street NE
Washington, DC 20002
202-353-1389
Email: paul.turcke@usdoj.gov

/s/ J. Michael Becher
J. Michael Becher